Law et al., Appellants, v. Lake Metroparks, Appellee.

[Cite as *Law v. Lake Metroparks,* 116 Ohio St.3d 322, 2007-Ohio-6749.]

(No. 2007–0298—Submitted November 28, 2007—Decided December 20, 2007.)

—————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Houck v. Bd. of Park Commrs. of the Huron Cty. Park Dist.,* 116 Ohio St.3d 148, 2007-Ohio-5586, 876 N.E.2d 1210.

Moyer, C.J., and Lundberg Stratton, O'Connor, Lanzinger, and Cupp, JJ., concur.

Pfeifer, J., dissents for the reasons stated in his dissenting opinion in *Houck v. Bd. of Park Commrs. of the Huron Cty. Park Dist.*

O'Donnell, J., not participating.

—————

Redmond, Walker & Murray and Gerald R. Walker, for appellants.

Gibson, Brelo, Ziccarelli & Martello and Joseph Gibson, for appellee.